

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY AND ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY F/KA/ DEERBROOK INSURANCE COMPANY, <br><br>        Plaintiffs, <br><br> vs. <br><br> GERALD SURYA, M.D., SUN MEDICAL CARE OF NASSAU, P.C. SKY MEDICAL, P.C., <br><br>        Defendants. | 2:13-cv-01044 ADS-ETB <br><br> F I L E D <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br><br> ★  MAR 25 2014  ★ <br><br> LONG ISLAND OFFICE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by the plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate New Jersey Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Vehicle & Property Insurance Company (f/k/a Deerbrook Insurance Company) (collectively "Allstate"), and defendants, Gerald Surya, M.D., Sun Medical Care of Nassau, P.C., and Sky Medical, P.C., by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed with prejudice as to Gerald Surya, M.D., Sun Medical Care of Nassau, P.C., and Sky Medical, P.C., without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs,<br>*Allstate Insurance Company,*<br>*Allstate Indemnity Company,*<br>*Allstate Property & Casualty Insurance Company,*<br>*Allstate New Jersey Insurance Company,*<br>*Allstate Vehicle and Property Insurance Company f/k/a/ Deerbrook Insurance Company,*<br>*Allstate Fire and Casualty Insurance Company, and*<br>*Northbrook Indemnity Company,*<br>By Their Attorneys: | Defendants,<br>*Gerald Surya, M.D., Sun Medical Care of Nassau, P.C., Sky Medical, P.C.,*<br>By Their Attorneys: |
| /s/ Michael W. Whitcher | /s/ Neil S. Torczyner |
| Richard D. King, Jr. (RK8381)<br>Nathan A. Tilden (NT0571)<br>Michael W. Whitcher (MW7455)<br>Smith & Brink, P.C.<br>350 Granite Street, Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | Russell C. Friedman<br>Neil S. Torczyner<br>Friedman, Harfenist, Kraut & Pelstein, LLP<br>3000 Marcus Avenue, Suite 2EI<br>Lake Success, NY 11042<br>(516) 355-9620 |
| Dated: March 24, 2014 | Dated: March 24, 2014 |

SO ORDERED: Case closed

/s/ Arthur D. Spatt
Spatt, J.

Dated: 3/25/14